DOLLY M. TROMPETER, ESQ.
CA Bar ID No. 235784
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 415-271-8604
Fax: 866-282-6709
dolly@dollydisabilitylaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN  DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lisa Ann Landis,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Kilolo Kijakazi, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 1:23-cv-00881-SKO<br><br>STIPULATION AND UNOPPOSED MOTION FOR EXTENSION OF TIME; ORDER<br><br>(Doc. 13) |

　　　IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 60-day extension of time, from September 7, 2023 to November 6, 2023, for Plaintiff to serve on defendant with PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT.  All other dates in the Court's Scheduling Order shall be extended accordingly.

　　　This is Plaintiff's first request for an extension of time.  Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due

on the same week.  For the weeks of September 4, 2023 and September 11, 2023, Counsel currently has 6 merit briefs, and several reply briefs. Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

                                      Respectfully submitted,

Dated: September 5, 2023      PENA & BROMBERG, ATTORNEYS AT LAW

                              By: */s/ Dolly M. Trompeter*
                                  DOLLY M. TROMPETER
                                  Attorneys for Plaintiff

Dated: September 5, 2023      PHILLIP A. TALBERT
                                  United States Attorney
                                  PETER K. THOMPSON
                                  Acting Regional Chief Counsel, Region IX
                                  Social Security Administration

                              By:  */s/ Justin Lane Martin*
                                  Justin Lane Martin
                                  Special Assistant United States Attorney
                                  Attorneys for Defendant
                                  (*As authorized by email on September 5, 2023)

## **ORDER**

Pursuant to the parties' foregoing stipulation and unopposed motion for an extension of time (Doc. 13), IT IS HEREBY ORDERED that Plaintiff shall have an extension, up to and including **November 6, 2023**, to file Plaintiff's Motion for Summary Judgment.  The deadlines in the Scheduling Order (Doc. 5) are hereby extended accordingly.

IT IS SO ORDERED.

Dated:   **September 6, 2023**              /s/ *Sheila K. Oberto*
                                                                     UNITED STATES MAGISTRATE JUDGE